**Motion Granted; Appeal Dismissed and Memorandum Opinion filed March 28, 2024**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-24-00160-CV**

---

**DELESTER SCOTT, Appellant**

**V.**

**STEVEN MAISOS, Appellee**

---

**On Appeal from the 129th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2023-33118**

---

## MEMORANDUM OPINION

This is an attempted interlocutory appeal from the denial of a no-evidence motion for summary judgment. Absent certain exceptions that do not apply here, an appellate court does not have jurisdiction to hear denied motions for summary judgment on appeal. *Ackermann v. Vordenbaum*, 403 S.W.2d 362, 365 (Tex.1966); *William Marsh Rice Univ. v. Coleman*, 291 S.W.3d 43, 45 (Tex. App.—Houston [14th Dist.] 2009, pet. dism'd).

On March 6, 2024, appellee filed a motion to dismiss the appeal for want of jurisdiction. The record supports appellee's motion. Appellant filed no response.

Accordingly, we dismiss the appeal.


PER CURIAM


Panel consists of Chief Justice Christopher and Justices Zimmerer and Wilson.